PD-0867-15

DATE: July, 2, 2015

## Motion For Removal
## of Counsel

FILED IN
COURT OF CRIMINAL APPEALS
JUL 14 2015
Abel Acosta, Clerk

Anthony Earl Washington

v

The State of Texas

CAUSE NO 14-13-00818-CR

TRIAL CT NO 1373285

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 13 2015
Abel Acosta, Clerk

## Motion For Removal
## of Counsel

Comes Now Anthoney Earl Washington in this Above styled and Numbered cause(s), comes Before the Honorable court(s) of Criminal Appeals for the Purpose of the Removeable Apointed Counsel Kurt B. Wentz Attorney for the Defendent - Appellant. The Reason (s) Are as follows, Self-Removal, failure to call wittness's for the Defendant, for Mr. Washington to Recieve the Best deffence poss-able. For These Reasons comes Now Anthoney Earl Washington Appellant, Cause(s) NO. 14-13-00818-CR to the Honorable court(s) for the Removal of Counsel. So the Appellant can proceed Pro Se Fourma Pauperis for and in His Behalf.

Mr Washington will Proceed By filling his Petition for Discretionary Review with the court(s) of Criminal Appeals.

Anthony Earl Washington

Respectfully Submitted

Date: July 2, 2015

## ORDER

Comes Now Anthony Earl Washington on the      day of      2015, CAUSE No. 14-13-00818-CR, Comes Before the Honorable Court(s) for the Removal of Counsel As Requested And to Grant his Request to Proceed Pro Se Forma Pauperis, And Orders the court(s) to Provide All Parties Concerned copies of said Motion By U.S. Mail or Electronic Mail.

Anthony Earl Washington
APPELLANT Signature


I Anthony Earl Washington, Being Presently incarcerated in the Garza East Unit, Texas Department of Criminal Justice BEE County, 4304 Hwy 202, BBBville, Texas 78102 Declares under Penility of Perjury that the foregoing is True and Correct.

Anthony Earl Washington
Defendant/Appellant
Pro Se

Date: 2nd day of July 2015

CAUSE NO. 14-13-00818-CR

# MOTION TO PROCEED PRO SE
## FORMA PAUPERIS

| | |
|---|---|
| ANTHONY EARL WASHINGTON | CAUSE NO. |
| V | 14-13-00818-CR |
| The State of Texas | |

## MOTION TO PROCEED PRO SE
### FORMA PAUPERIS

COMES NOW _Anthony Earl Washington_ IN THE ABOVE NUMBERED AND STYLED CAUSE(S), COMES BEFORE the HONORABLE COURT OF APPEALS for the PURPOSE OF PROCEEDING PRO SE FORMA PAUPERIS. THE DEFENDENT BEING INCARCERATED IN THE GARZA EAST UNIT OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE AND without funds, FOR THIS REASON(S) STATED hereof COMES NOW _Anthony Earl Washington_ APPELLANT CAUSE No. _14-13-00818-CR_ to the HONORABLE COURT(S) OF APPEALS, TO PROCEED PRO SE FORMA PAUPERIS, AND I to BE KNOW forthwidth AS APPELLANT AND COUNSEl for SAID AND STYLED CAUSE(S).

_Anthony Earl Washington_
RESPECTfully SUBMITTED

# ORDER

Comes now _Anthony Earl Washington_ on this 2nd day of _July_ 2015, CAUSE(S) NO _14-13-00818-CR_, Comes Before the Honorable Court(s) for the Right to Proceed in Forma PauPeris And Request the court(s) to do so, And orders the court(s) to Provide All Parties concerned copies of said motion either By U.S. Mail or Electronic Mail.

_Anthony Earl Washington_
APPELLANTS SIGNATURE

I _Anthony Earl Washington_, Being Presently INCARCERATED in the Garza East Unit Bee County, 4304 Hwy 202, Beeville, Texas 78102. Declaire under Penalty of Perjury that the foregoing is True And Correct.

DATE: 2nd day of _July_ 2015

_Anthony Earl Washington_
DEFENDENT/APPEALLANT
PRO SE

# UnSworn Declaration

My NAME is Anthony EARl Washington, My Date of Birth is 9-26-1960, My Inmate Identifying Number is 1882272, I AM Presently Incarcerated in Garza East Unit IN Bee 4301 Hwy 202 Beeville County, Texas 78102 State, I Declare under Penalty of Perjury zip code that the following is true and correct.

Executed on the 2nd Day of July 20 15

OFFENDERS SignATURE: Anthony Earl Washington

# Declaration of Inability To Pay Cost

The following Declaration is made Pursuant to the Rules of Texas Criminal And Civil Procedure Title 6 Chapter 132 of the Civil Practice Remedies code.

Now Respectfully comes Anthony Earl Washington TDCJ # 1882272, And Declares that I Am unable to Pay Court Costs, Fees, And or fines in this Civil Action And Requests leave of the court to Proceed in Forma Pauperis in this Accompanying Civil Action And would show the court the following.

(1) I Am presently Incarcerated in the Garza East Unit of the Texas Department of Criminal Justice - Correctional Institutions Division where I'm not Permitted to Earn or handle money.

(2) I have no source of Income or Spouse Income.

(3) I currently have $ 0 credited to my Inmate Trust fund.

(4) During my Incarceration in the Texas Department of Criminal Justice, Institutions Division I have Recieved Approximately $ 0 Per month as gifts from Relatives And friends.

(5) I neither own nor have any Interests in any Realty, Stocks, Bonds, or Bank Account And I Recieve no Interest or dividend income from Any source.

(6) I have ___⊘___ DEPENDANTS.

(7) I have total DEBTS of APROXimately $ ___⊘___.

(8) I OWE $ ___⊘___ in RESTITION.

(9) My monthly EXPENSES ARE APROXimately $ ___⊘___.

(10) I _Anthony EARl WAShington_, TDCJ# 1882272, Being PRESENTly INCARCERATED in the _GARZA EAST_ Unit of the TEXAS Department of CRIMINAl JUSTICE, CORRECTIONAl INSTITUTIONS DIVISON in _BEE_ COUNTY, 4304 Hwy 202 Beeville TEXAS 78102, VERIFY AND DECLARE under PENALTY of PERJURY that the foregoing STATEMENTS ARE TRUE AND CORRECT.

EXECUTED on this the _2nd_ Day of _July_ 20_15_.

_Anthony Earl Washington_
SIGNATURE

NAME: _Anthony EARl WAShington_
TDCJ#: _1882272_
Unit: _Garza East_
ADDRESS: _4304 Hwy 202_
_Beeville, Texas 78102_

_____